U.S. Department of Justice
*United States Attorney*

**United States District Court**
Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Cause No.: DR21-CR-01343 |
| HAZEL EILEEN DIAZ A/K/A "SANDRA" | § § § | |

## ORDER FOR BENCH WARRANT

It appearing to the Court than an indictment has been returned against the below named defendant, it is hereby ORDERED that a warrant be issued for the arrest of said defendant, returnable instanter to the Del Rio Division of this Court.

| Defendant | Recommended Amount of Bail |
|---|---|
| HAZEL EILEEN DIAZ A/K/A "SANDRA" | DETAINED WITHOUT BOND |

*Bond to be set at time defendant(s) has initial appearance before a judicial officer and after interview by an officer assigned to the Pretrial Services Office, provided if defendant is arrested outside the Del Rio Division of the Western District of Texas, it is recommended that defendant be detained.

ENTERED at Del Rio, Texas, this **8th** day of **December** 2021.

*Victor R. Garcia*
UNITED STATES MAGISTRATE JUDGE
Victor Roberto Garcia

FILED
DEC 08 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY