AO 442 (Rev. 10/03) Warrant for Arrest (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

Western District of Texas

UNITED STATES OF AMERICA

# SEALED

V.

WARRANT FOR ARREST

HAZEL EILEEN DIAZ
aka: Sandra

Case Number: DR-21-CR-1343 (01)

U.S. MARSHALS W/TX RECEIVED

DEC 09 2021

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  HAZEL EILEEN DIAZ aka: Sandra   DEL RIO, TX
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
(SEE ATTACHED SUPERSEDING INDICTMENT)

in violation of Title(s) _____ United States Code, Section(s) Please see attached Indictment

C. Rodriguez
Name of Issuing Officer

Signature of Issuing Officer

U.S. Deputy Clerk
Title of Issuing Officer

12/8/2021                    Del Rio, TX
Date and Location

DATE ISSUED: 12/8/2021

Bail fixed at $ Detain    by    U.S. Magistrate Judge Victor R. Garcia
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |